HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON C. BRIONES,

          Plaintiff,

BELLINGHAM POLICE DEPARTMENT, et al.,

          Defendants.

CASE NO. 24-cv-01063-RAJ

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for an extension of time to file an amended complaint. Dkt. # 11. The Court, finding good cause, GRANTS Plaintiff's Motion. Accordingly, Plaintiff shall file an Amended Complaint within **thirty (30)** days of this Order.

Dated this 19th day of December, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 1